FILED IN OPEN COURT

11.23.2021

AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

v.

Case No. 3:21-mj- 1498-MCR

BENIGNO GUERRERO

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.   On or about November 10, 2021, in Suwannee County, in the Middle District of Florida, the defendant,

> a citizen of Honduras and an alien in the United States, was found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported and removed from the United States on or about January 10, 2003, on or about August 17, 2006, and on or about August 6, 2007,

in violation of Title 8, United States Code, Section 1326.   I further state that I am a Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Daniel C. Cooper

Sworn to before me and subscribed in my presence,

on November 23, 2021          at          Jacksonville, Florida

MONTE C. RICHARDSON
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## CRIMINAL COMPLAINT AFFIDAVIT

I, Daniel C. Cooper, being a duly sworn and appointed Deportation Officer for the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), hereby make the following statement in support of the attached criminal complaint.

1.      Your affiant is a Deportation Officer with Immigration and Customs Enforcement and has been so employed since 2010.  Your affiant has training and experience in the enforcement of the immigration and nationality laws of the United States.  In addition, your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2.      This affidavit is submitted in support of a complaint charging BENIGNO GUERRERO with being a previously deported alien illegally present in the United States, in violation of Title 8, United States Code, Section 1326.  The information contained in this affidavit is based on my personal knowledge and on information that I have acquired from other law enforcement officials.

3.      On November 10, 2021, GUERRERO was a target of an enforcement action and encountered at the Florida Department of Corrections Probation Office, Live Oak, Suwanee County, Florida.  During the encounter, GUERRERO stated that he was a citizen of Honduras and that he had entered the United States illegally, without inspection, on foot at an unknown place and on an unknown date.

GUERRERO was administratively arrested and transported into ICE custody for immigration processing.

4.      On November 10, 2021, during processing, your affiant entered GUERRERO's fingerprints into a biometric identification system that compared his fingerprints with the fingerprints of persons who had been previously encountered by immigration authorities.  The system returned a match and reflected that GUERRERO had been previously  encountered and had been assigned an Alien Registration number ("A-number").  Additional immigration database checks using the A-number revealed that GUERRERO is a citizen of Honduras who has been previously deported from the United States to Honduras on three occasions.

5.      Your affiant also reviewed the Alien Registration file ("A-file") for GUERRERO.  An A-file is a central file maintained by immigration agencies that contains documents related to the interactions and encounters of United States immigration authorities with an alien.  Documents in the A-file reflected that GUERRERO was ordered removed from the United States to Honduras on December 11, 2002, by an Immigration Judge in Laredo, Texas.  The documents also confirmed that GUERRERO has been previously deported from the United States to Honduras on three occasions: on January 10, 2003, through Houston, Texas, on August 17, 2006, through New Orleans, Louisiana, and on August 6, 2007, through San Antonio, Texas.  The A-file contained no record that GUERRERO had ever applied for or received permission from the Attorney General

2

or the Secretary of Homeland Security for the United States to re-enter the United States since the time of his last deportation.

6.      On November 15, 2021, your affiant advised Assistant United States Attorney Arnold B. Corsmeier of the foregoing facts and he authorized criminal prosecution of GUERRERO.

Based upon the foregoing facts, your affiant believes there is probable cause to establish that BENIGNO GUERRERO is a citizen of Honduras who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or re-enter the United States after having been deported or removed from the United States, in violation of Title 8, United States Code, Section 1326.

_____
Daniel C. Cooper, Deportation Officer
U.S. Immigration and Customs Enforcement
Tallahassee, Florida